FRED ADEE, Respondent, *v.* NASSAU ELECTRIC RAILROAD COMPANY et al., Appellants.

FLORENCE ADELE LOTT et al., Respondents, *v.* NASSAU ELECTRIC RAILROAD COMPANY et al., Appellants.

*Adee* v. *Nassau Electric R. R. Co.; Lott* v. *Nassau Electric R. R. Co.*, 72 App. Div. 404, affirmed.

(Argued December 15, 1903; decided January 5, 1904.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered June 19, 1902, modifying and affirming as modified judgments in favor of plaintiffs entered upon decisions of the court on trial at Special Term.

*Augustus Van Wyck* and *Charles W. Church, Jr.*, for appellants.

*William J. Carr* for respondents.

Judgment affirmed, with costs, on the authority of *Peck* v. *Schenectady Ry. Co.* (170 N. Y. 298).

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ.   Absent: HAIGHT, J.